CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08–cv–01506–DSD–FLN

Rozario v. Pfizer Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Senior Judge David S. Doty
Referred to: Magistrate Judge Franklin L. Noel
Cause: 28:1332–pip–Diversity–Personal Injury, Product Liability

Date Filed: 06/03/2008
Date Terminated: 07/28/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Marcel Rozario**   represented by   **Brian–NA A Goldstein**
Not admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C MacGillis**
Trepanier &MacGillis PA
310 4th Ave S Ste 8000
Mpls, MN 55415
612–455–0500
Fax: 612–455–0501
Email: jmacgillis@trepanierlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**   represented by   **Joseph M Price**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7000
Fax: 612–766–1600
Email: jprice@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**   represented by   **Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle, LLC**   represented by   **Joseph M Price**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2008 | Ï 1 | COMPLAINT against Pfizer Inc., Pharmacia Corporation, G.D. Searle, LLC ( Filing fee $ 350 receipt number 40024195) assigned to Judge David S. Doty per Master referred to Magistrate Judge Franklin L. Noel, filed by Marcel Rozario. (Attachments: # 1 Civil Cover Sheet) (JMH) (Entered: 06/03/2008) |
| 06/03/2008 | Ï | Summons Issued as to Pfizer Inc., Pharmacia Corporation, G.D. Searle, LLC. (JMH) (Entered: 06/03/2008) |
| 06/25/2008 | Ï 2 | DOCUMENT FILED IN ERROR//WILL RE–FILE// ANSWER to Complaint by Pfizer Inc., Pharmacia Corporation, G.D. Searle, LLC. (Price, Joseph) Modified text on 6/25/2008 (jdf). (Entered: 06/25/2008) |
| 06/25/2008 | Ï 3 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer Inc., Pharmacia Corporation, G.D. Searle, LLC that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 4 | CERTIFICATE OF SERVICE by Pfizer Inc., Pharmacia Corporation, G.D. Searle, LLC re 2 Answer to Complaint, 3 Rule 7.1 – Disclosure Statement (Price, Joseph) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 5 | ANSWER to Complaint by Pfizer Inc., Pharmacia Corporation, G.D. Searle, LLC. (Price, Joseph) (Entered: 06/25/2008) |
| 07/28/2008 | Ï 6 | Certified Copy of Transfer Order (CTO–104) from the Judicial Panel on Multi–District Litigation; transferring case to the Northern District of California for coordinated or consolidated proceedings. Case assigned to the Honorable Charles R. Breyer. (jz) (Entered: 07/28/2008) |
| 07/28/2008 | Ï | NOTICE to Attorney: this case has been transferred/extracted to the Northern District of California. (jz) (Entered: 07/28/2008) |